1  DOUGLAS K. deVRIES (SB#70633)
   deVRIES LAW FIRM
2  641 Fulton Avenue, Suite 200
   Sacramento, CA 95825
3  Tel: (916) 473-4343
   Fax: (916) 473-4342
4  dkd@dkdlaw.com

5  Attorney for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12  MICHAEL KIRKLAND,                    CASE NO.: 2:08-CV-02204-GEB-EFB

13              Plaintiff,               **NOTICE AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT LIFE INSURANCE COMPANY OF NEW YORK ONLY**

14  vs.

15

16  APPLE COMPUTER, INC. LONG TERM       _____
    DISABILITY INSURANCE PLAN,
    APPLE INC., a California corporation,
17  LIFE INSURANCE COMPANY OF
    NORTH AMERICA, LIFE INSURANCE
18  COMPANY OF NEW YORK, NCS
    PEARSON, INC. LONG TERM
19  DISABILITY INSURANCE PLAN, NCS
    PEARSON, INC., a Minnesota corporation,
20  FIRST UNUM LIFE INSURANCE
    COMPANY, HARTFORD LIFE &
21  ACCIDENT INSURANCE COMPANY,

22              Defendants.

23
    _____
24

25       Plaintiff, MICHAEL KIRKLAND, by and through his counsel of record, does hereby request that

26  the court dismiss with prejudice, defendant LIFE INSURANCE COMPANY OF NEW YORK only.

27

28

    Notice of Dismissal of Party; Order         1

| | | |
|---|---|---|
| 1 | Dated: November 10, 2008 | deVRIES LAW FIRM |

By:     /s/ Douglas K. deVries
DOUGLAS K. deVRIES
Attorney for Plaintiff MICHAEL KIRKLAND

## ORDER

_____ Based on plaintiff's request set forth above, the matter against defendant LIFE INSURANCE COMPANY OF NEW YORK <u>only</u>, is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 13, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Notice of Dismissal of Party; Order     2