Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:    (415) 788-3111
Facsimile:     (415) 421-2017
E-mail:          rschwartz@truckerhuss.com
                    ckang@truckerhuss.com

Joseph C. Liburt, No. 155507
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    (650) 614-7400
Facsimile:     (650) 614-7401
E-mail:          jliburt@orrick.com

Attorneys for Defendant APPLE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL KIRKLAND, | Case No. 08-cv-02204-GEB-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT APPLE, INC. TO RESPOND TO COMPLAINT** |
| vs. | |
| APPLE COMPUTER, INC. LONG TERM DISABILITY INSURANCE PLAN, APPLE, INC., a California corporation, LIFE INSURANCE COMPANY OF NORTH AMERICA, LIFE INSURANCE COMPANY OF NEW YORK, NCS PEARSON, INC. LONG TERM DISABILITY INSURANCE PLAN, NCS PEARSON, INC., a Minnesota | |

1  corporation, FIRST UNUM LIFE INSURANCE COMPANY, HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

2

3                    Defendants.

4  / / /

5  / / /

6  / / /

Trucker ♦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT APPLE, INC. TO RESPOND TO COMPLAINT; Case No. 08-cv-02204-GEB-EFB   2
#962152

1  Pursuant to Local Rule 6-144(a), Plaintiff Michael Kirkland ("Plaintiff") and Defendant
2  Apple, Inc. ("Apple"), by and through their respective counsel, hereby stipulate and agree to extend
3  the time by which Apple must file a response to Plaintiff's Complaint to (and including) December
4  12, 2008.

5  Plaintiff served the Summons and Complaint on Apple's agent for service of process on
6  October 3, 2008, and the Court's Docket indicates that Apple's response was due on December 2,
7  2008. *See* Docket #8. Although the December 2, 2008 date appeared to be incorrect, Apple and
8  Plaintiff informally agreed that Apple would serve its response by or just before that date. As a
9  result of the recent appointment of Trucker Huss as lead counsel for Apple by Apple's liability
10 insurer, Apple has requested, and Plaintiff has agreed to, an extension of Apple's response deadline
11 to December 12, 2008, which is the current response deadline for another defendant, First Unum
12 Life Insurance Company. *See* Docket #15.

13 Plaintiff and Apple therefore request that the Court approve the extension of the deadline
14 for Apple's response to the Complaint to and including December 12, 2008. This extension will
15 not affect any other deadlines or dates set by the Court.

16 Counsel for Apple has obtained Plaintiff's counsel's approval to submit this Stipulation and
17 [Proposed] Order on his behalf, as indicated in the electronic signature for Plaintiff's counsel
18 below.

19 DATED: November 26, 2008
                                    TRUCKER ✦ HUSS
20

21                                  By: /s/ Robert F. Schwartz
                                        Robert F. Schwartz
22                                      Attorneys for Defendant APPLE, INC.

23 DATED: November 26, 2008
                                    DEVRIES LAW FIRM
24

25                                  By: /s/ Douglas Kenneth deVries (as authorized on
                                        11/26/08)
26                                      Douglas Kenneth deVries
                                        Attorneys for Plaintiff MICHAEL KIRKLAND
27

28

Trucker ✦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

1 **[PROPOSED] ORDER**

2   PURSUANT TO STIPULATION, IT IS ORDERED that Defendant Apple Inc. shall have

3 through December 12, 2008 to file its response to the Complaint.

4 Dated: 12/8/08

5 _____
Honorable
U.S. District Court Judge

Trucker ♦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104