1  DOUGLAS K. deVRIES  (SB#70633)
   deVRIES LAW FIRM
2  641 Fulton Avenue, Suite 200
   Sacramento, CA  95825
3  Tel:  (916) 473-4343
   Fax:  (916) 473-4342
4  dkd@dkdlaw.com

5  Attorney for Plaintiff

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11

12  MICHAEL KIRKLAND,                    CASE NO.: 2:08-CV-02204-GEB-EFB

13              Plaintiff,               **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT HARTFORD LIFE & ACCIDENT INSURANCE COMPANY ONLY**

14  vs.

15                                       _____

16  APPLE COMPUTER, INC. LONG TERM
    DISABILITY INSURANCE PLAN,
    APPLE INC., a California corporation,
17  LIFE INSURANCE COMPANY OF
    NORTH AMERICA, LIFE INSURANCE
18  COMPANY OF NEW YORK, NCS
    PEARSON, INC. LONG TERM
19  DISABILITY INSURANCE PLAN, NCS
    PEARSON, INC., a Minnesota corporation,
20  FIRST UNUM LIFE INSURANCE
    COMPANY, HARTFORD LIFE &
21  ACCIDENT INSURANCE COMPANY,

22              Defendants.

23
    _____
24

25         Plaintiff, MICHAEL KIRKLAND and Defendant HARTFORD LIFE & ACCIDENT

26  INSURANCE COMPANY, by and through their respective counsel, do hereby stipulate that with regard

27  to the above-referenced matter the action against defendant HARTFORD LIFE & ACCIDENT

28  INSURANCE COMPANY only, be dismissed with prejudice, with each party to bear its own costs of

    Stipulation of Dismissal of Party; Order          1

suit and attorney's fees.

Dated: November 10, 2008          deVRIES LAW FIRM

                                  By:    /s/ Douglas K. deVries
                                         DOUGLAS K. deVRIES
                                         Attorney for Plaintiff MICHAEL KIRKLAND

Dated: November 10, 2008          SEDGWICK, DETERT, MORAN & ARNOLD, LLP

                                  By:    /s/ Bruce D. Celebrezze
                                         BRUCE D. CELEBREZZE
                                         Attorney for Defendant HARTFORD LIFE & ACC. INS. CO.

**ORDER**

Based on the stipulation of the parties set forth above, the matter against defendant HARTFORD LIFE & ACCIDENT INSURANCE COMPANY only, is dismissed with prejudice, with each party to bear its own costs of suit and attorney's fees.

**IT IS SO ORDERED.**

Dated: December 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge