# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| MICHAEL KIRKLAND, <br><br> Plaintiff, <br><br> vs. <br><br> APPLE COMPUTER, INC. LONG TERM DISABILITY INSURANCE PLAN, APPLE INC., a California corporation, LIFE INSURANCE COMPANY OF NORTH AMERICA, LIFE INSURANCE COMPANY OF NEW YORK, NCS PEARSON, INC. LONG TERM DISABILITY INSURANCE, NCS PEARSON, INC., a Minnesota corporation, FIRST UNUM LIFE INSURANCE COMPANY, HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:08-CV-02204 GEB(EFB) <br><br> Assigned to Hon. Garland E. Burrell, Jr., <br><br> Action Filed : September 16, 2008 <br><br> **ORDER ON STIPULATION OF COUNSEL FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT PEARSON, INC. WELFARE BENEFIT PLAN ("PEARSON PLAN") MAY RESPOND TO PLAINTIFF'S COMPLAINT** |

# **O R D E R**

After considering the stipulation of Plaintiff Michael Kirkland ("Plaintiff") and Defendant Pearson, Inc. Welfare Benefit Plan ("Pearson Plan") by and through their respective counsel, to extend the time within which Pearson Plan may file its response to Plaintiff's Complaint, **IT IS HEREBY ORDERED** that Pearson Plan shall have an additional 12 days from January 28, 2009 in which to file its response, such that responsive pleadings filed on or before February 9, 2009 shall be deemed timely.

**IT IS SO ORDERED**.

DATED: 2/9/09

GARLAND E. BURRELL, JR.
United States District Judge

Respectfully submitted by:

BARGER & WOLEN LLP


By:  /s/ Robert H. Hess
     ROBERT E. HESS
     M. SCOTT KOLLER
     Attorneys for First Unum
     Life Insurance Company and
     Pearson, Inc. Welfare Benefit Plan