R. Bradford Huss, No. 71303
Robert F. Schwartz, No. 227327
Virginia Perkins, No. 215832
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:      (415) 788-3111
Facsimile:       (415) 421-2017
E-mail:           bhuss@truckerhuss.com
                      rschwartz@truckerhuss.com
                      vperkins@truckerhuss.com

Attorneys for Defendant APPLE, INC.
and APPLE COMPUTER, INC. LONG
TERM DISABILITY INSURANCE PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KIRKLAND,<br><br>                    Plaintiff,<br><br>    v.<br><br>APPLE COMPUTER, INC. LONG TERM DISABILITY INSURANCE PLAN, APPLE INC., a California corporation, LIFE INSURANCE COMPANY OF NORTH AMERICA, LIFE INSURANCE COMPANY OF NEW YORK, NCS PEARSON, INC. LONG TERM DISABILITY INSURANCE PLAN, NCS PEARSON, INC., a Minnesota corporation, FIRST UNUM LIFE INSURANCE COMPANY, HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 08-cv-02204-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ALL CLAIMS AGAINST APPLE, INC. AND CLAIMS FOR INTERFERENCE WITH PLAN BENEFITS, EQUITABLE ESTOPPEL, AND ERISA § 502(c) PENALTIES AGAINST APPLE COMPUTER, INC. LONG TERM DISABILITY INSURANCE PLAN (WITH PREJUDICE)** |

Plaintiff Michael Kirkland ("Plaintiff") and Defendants Apple, Inc. ("Apple") and the Apple Computer, Inc. Long Term Disability Insurance Plan (the "Apple Plan") (together, the "Apple Defendants") hereby stipulate and request that the Court order as follows:

1.  All claims for relief in the Complaint against Apple are dismissed with prejudice.

2.  The Claim for Interference with Plan Benefits, the Claim for Federal Equitable

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ALL CLAIMS AGAINST APPLE INC. AND PARTIAL DISMISSAL OF CLAIMS AGAINST APPLE PLAN (WITH PREJUDICE); Case No. 08-cv-02204-GEB-EFB
#979312

1

Estoppel and the Claim for ERISA Section 502(c) Penalties are dismissed with prejudice as to the Apple Plan.

3. Apple hereby withdraws its Motion to Dismiss filed on December 12, 2008, and the Apple Plan hereby withdraws (and will not re-file) its Motion for Judgment on the Pleadings filed on January 6, 2009.

Each party shall bear his or its own attorney fees and costs.

DATED: February 12, 2009          TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
    Robert F. Schwartz
    Attorneys for Defendants APPLE, INC.
    and APPLE COMPUTER, INC. LONG
    TERM DISABILITY INSURANCE PLAN

DATED: February 12, 2009          DEVRIES LAW FIRM

By: /s/Douglas Kenneth deVries
    Douglas Kenneth deVries
    Attorneys for Plaintiff Michael Kirkland

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: 2/26/09

U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ALL CLAIMS AGAINST APPLE INC. AND PARTIAL DISMISSAL OF CLAIMS AGAINST APPLE PLAN (WITH PREJUDICE); Case No. 08-cv-02204-GEB-EFB
#979312

2