Douglas K. deVries (70633), dkd@dkdlaw.com
DEVRIES LAW FIRM
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 473-4343
Facimile: (916) 473-4342

Attorneys for Plaintiff
Michael Kirkland

Robert E. Hess (178042), rhess@bargerwolen.com
M. Scott Koller (247161), skoller@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for First Unum Life Insurance Company
and Pearson, Inc. Welfare Benefit Plan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| MICHAEL KIRKLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLE COMPUTER, INC. LONG TERM DISABILITY INSURANCE PLAN, APPLE INC., a California corporation, LIFE INSURANCE COMPANY OF NORTH AMERICA, LIFE INSURANCE COMPANY OF NEW YORK, NCS PEARSON, INC. LONG TERM DISABILITY INSURANCE, NCS PEARSON, INC., a Minnesota corporation, FIRST UNUM LIFE INSURANCE COMPANY, HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 2:08-CV-02204 GEB(EFB)<br><br>Assigned to: Hon. Garland E. Burrell, Jr.<br><br>Action Filed : September 16, 2008<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CERTAIN CLAIMS AGAINST PEARSON, INC. WELFARE BENEFIT PLAN (WITH PREJUDICE)** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff Michael Kirkland ("Plaintiff") and Defendant Pearson, Inc. Welfare Benefit Plan ("Pearson Plan") hereby stipulate and request that the Court order as follows:

The Claim for Interference with Plan Benefits, the Claim for Federal Equitable Estoppel, and the Claim for ERISA Section 502(c) Penalties (and only those claims) are dismissed, with prejudice, as against the Pearson Plan.

Dated: February 24, 2009         deVRIES LAW FIRM

                                 By: /s/ *Douglas K. deVries*
                                     DOUGLAS K. deVRIES
                                     Attorneys for Plaintiff
                                     Michael Kirkland

Dated: February 25, 2009         BARGER & WOLEN LLP

                                 By: /s/ *Robert E. Hess*
                                     ROBERT E. HESS
                                     M. SCOTT KOLLER
                                     Attorneys for First Unum Life Insurance
                                     Company and Pearson, Inc. Welfare
                                     Benefit Plan

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: 6/6/09

_____
GARLAND E. BURRELL, JR.
United States District Judge